# EXHIBIT A

Summons and Complaint to Trans Union, LLC

# Civil Court of the City of New York
## County of New York

Index Number: **CV-003372-12/NY**



SESON DEON TELEO ADAMS AKA SESON D. ADAMS
                                      Plaintiff(s)
   -against-
EXPERION SERVICES CORP.;  EQAFAX INC.;
TRANS UNION LLC
                                     Defendant(s)

**SUMMONS WITH ENDORSED COMPLAINT**
BASIS OF VENUE:
Where Cause of Action Arose

Plaintiff's Address (s):
SESON DEON TELEO ADAMS
c/o SESON D. ADAMS
530 MANHATTAN AVENUE APT.#59
New York, NY 10027-

To the named defendant(s)
EXPERION SERVICES CORP., at 475 ANTON BOULEVARD, Costa Mesa, CA 92626-
EQAFAX INC., at 1550 PEACH TREE STREET, N.W., Atlanta, GA 30309-
TRANS UNION LLC, at 555 WEST ADAMS STREET, Chicago, IL 60661-

**YOU ARE HEREBY SUMMONED** to appear in the Civil Court of the City of New York, County of New York at the office of the Clerk of the said Court at **111 Centre Street** in the **County of New York, City and State of New York**, within the time provided by law as noted below and to file your answer to the (endorsed summons) (annexed complaint) * with the Clerk; upon your failure to answer, judgment will be taken against you for the total sum of $25,000.00 and interest as detailed below.
Plaintiff's work sheet may be attached for additional information if deemed necessary by the clerk.

Date: February 1, 2012

Carol Alt
Chief Clerk

## ENDORSED COMPLAINT

The nature and the substance of the plaintiff's cause of action is as follows:  **Failure to provide proper services for $25,000.00 with interest from 10/22/2010**
SEE ATTACHED

### *NOTE TO THE DEFENDANT

A) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within **TWENTY** days after such service; or
B) If the summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed **THIRTY** days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.
C) Following CPLR 321(a) corporations must be represented by an attorney.

### * NOTE TO THE SERVER OF THE SUMMONS

The person who serves the summons should complete the Affidavit of Service and shall file it in the Clerk's Office in the county where the action is brought.

**PLAINTIFF'S CERTIFICATION**
*(See 22NYCRR, Section 130-1.1a)*

SIGN NAME: by, *Seson Deon Teleo Adams*
PRINT NAME: SESON DEON TELEO ADAMS

For Information, answer forms and to track court dates, go to ***WWW.NYCOURTS.GOV/NYCCIVIL***

CIVIL COURT OF THE CITY OF NEW YORK        APPLICATION FOR A SUMMONS

## PARTIES

003372    2012

PLAINTIFF: Please print your name, complete address, including your apartment number (no P.O. box number) and telephone number. [Please note: If the claim is based on an auto accident, the claim must be *Owner* against *Owner*]. A Corporation must be represented by an attorney.

Seson Deon Teleo Adams, AKA Seson D. Adams, 8a, 8a
C/O 530 Manhattan Avenue Apt 59
New York, New York, U.S.A. 10027

DEFENDANT(S): Please print the full legal name and street address (no P.O. box number) of the party(ies) you are suing. Indicate whether you are suing this party as a person or a business. [Please note: If you are suing a business, indicate whether it is a partnership, a corporation or an individual with a business certificate. This information can be obtained in the County Clerk's Office in the county in which the business is located. Failure to check this information may result in a judgment which cannot be executed.]

Experian Services Corp., and Defendants, 475 Anton Boulevard, Costa Mesa, California, U.S.A. 92626; Equifax Inc., and Defendants, c/o 1550 Peachtree Street, N.W., Atlanta, Georgia, U.S.A., 30309, and Trans Union LLC, and its Defendants, c/o 555 West Adams Street, Chicago, Illinois, 60661-

## CLAIM

**REASON FOR CLAIM:**

| Damage cause to: | ☐ automobile | ☒ person | ☐ property other than automobile |
| Failure to provide: | ☐ repairs | ☒ proper service | ☐ goods ordered |
| Failure to return: | ☐ security | ☐ property | ☐ deposit ☐ money |
| Failure to pay for: | ☐ wages / ☐ rent | ☐ services rendered / ☐ commissions | ☐ insurance claim / ☐ goods sold and delivered |
| Breach of: | ☐ contract | ☐ lease | |
| Loss of: | ☐ luggage | ☐ property | ☐ time from work ☐ use of property |
| Returned: | ☐ check (bounced) | ☐ merchandise (not reimbursed) | |

FEB 01 2012
NEW YORK COUNTY
CIVIL COURT

Other: (Be brief) 1. Defamation, 2. Negligent Enablement of Identity Fraud 3. Violation of Fair Credit Reporting Act, and Violations of Title 15 U.S.C. Section 1692. USC 42 Sec. 408
See attachments; Writ in Nature of Discovery

**DETAILS OF CLAIM:**

Amount of Claim: (Limit $25,000 for each Cause of Action) $ 25,000.00 Per '

Date of Occurrence: October 22, 2010

Place of Occurrence: New York, U.S.A

If Car Accident: YOUR license plate # N/A    DEFENDANT'S license plate # N/A

Identifying Number(s): N/A    N/A    N/A
(Receipt #, Claim #, Account #, Policy #, Ticket #, etc.)

x Wednesday February 01, 2012    Seson Deon Teleo Adams
Date    Signature of Plaintiff

CIV-GP-59 (Revised 7/10)

State of New York - Department of State
Division of Corporations

Plaintiff/Petitioner:
ADAMS, SESON DEON TELEO

Party Served:
TRANS UNION LLC

TRANS UNION LLC
ATTN: TAX DEPARTMENT
555 WEST ADAMS ST.
CHICAGO,   IL 60661-3601

Dear Sir/Madam:

Enclosed herewith is a legal document which was served upon the Secretary of State on 02/02/2012 pursuant to SECTION 303 OF THE LIMITED LIABILITY COMPANY LAW. This copy is being transmitted pursuant to such statute to the address provided for such purpose.

Very truly yours,
Division of Corporations

(11/96)
**'ARTMENT OF STATE**
FORM COMMERCIAL CODE
ALBANY, NY 12231-0001





7196 9005 9793 1083 6728

201202020273
TRANS UNION LLC
ATTN: TAX DEPARTMENT
555 WEST ADAMS ST.
CHICAGO IL, 60661-3601

RECEIVED

FEB - 7 2012

CORPORATE
MAILROOM

